STATE, Respondent v. CRAWFORD, Appellant

(58 N. W.2d 620)

(File No. 9331. Opinion filed May 27, 1953)

**Irving R. Crawford,** Huron, for Defendant and Appellant.

· **Ralph A. Dunham,** Atty. Gen., **Jon Fosheim,** State's Atty., Huron for Plaintiff and Defendant.

PER CURIAM. This is an appeal from a judgment entered on April 9, 1952. A certified copy of notice of appeal was filed in this court May 5, 1952. Since that time no steps in the prosecution of the appeal have been taken in this court. The appeal is deemed abandoned and the judgment appealed from is affirmed.

All the Judges concur.